✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Terry Nelson, John Nesse, Clark Anderson, and Daniel Williams as Trustees and Fiduciaries of the Painters and Allied Trades District Council No. 82 Health Care Fund, the Painters and Allied Trades District Council No. 82 Vacation Fund, the Painters and Allied Trades District Council 82 STAR Fund, the International Painters and Allied Trades Industry Pension Fund, the Minnesota Finishing Trades Training Fund, the National Painting, Decorating, and Drywall Apprenticeship Committee, the St. Paul Painting Industry Pension Fund, and their successors,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number:    14-cv-2110 (PAM/TNL)

LICO'S Drywall LLC and Federico Flores Torres, individually

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Default Judgment (Docket No. 9) is **GRANTED**.

2. Defendants are **ORDERED** to submit its payroll and employment records for the Audit Period.

C:\Users\price\Desktop\judgment.wpd

Form Modified:  09/16/04

3. Defendants must submit the requested payroll and employment records to the Plaintiffs' third party administrator, Wilson-McShane Corporation, 3001 Metro Drive, Suite 500, Bloomington, MN 55425 within ten (10) days of the date on which they are served with a copy of this Order.

4. There being no just reason for delay, the Court orders entry of judgment pursuant to Fed. R. Civ. P. 54(b).

5. Having determined that Defendants are liable for contributions, liquidated damages, interest, and attorney's fees and costs, the Court will determine those amounts as follows:

   a. After receiving the required payroll and employment records, the Plaintiffs may file and serve a Motion for Entry of a Money Judgment in the amount the Plaintiffs determine that the Defendants owe for delinquent contributions and liquidated damages for the Audit Period, as well as reasonable attorneys' fees and costs.

   b. The Defendants may then file and serve a response to the Plaintiffs' Motion within ten (10) days of the date the Plaintiffs' Motion is served.

   c. The Court will examine the parties' submissions and issue an order for judgment as the Court deems appropriate. No hearing will be held unless the Court orders otherwise.


November 6, 2014                                          RICHARD D. SLETTEN, CLERK
Date

                                                                      s/M.Price
                                              (By)                M. Price,   Deputy Clerk